IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| | ) |
| V. | ) CASE NO.3:25-cr-214-RAH-CWB-3 |
| | ) |
| ALEXANDROS KONSTANTINOS GIKAS, | ) |
| | ) |
| Defendant. | ) |

## MOTION REQUESTING BOND

COMES NOW, the Defendant, Alexandros Konstantinos Gikas, by and through undersigned counsel of record and hereby moves this Honorable Court to set a bond for Mr. Gikas, and as grounds therefore states as follows:

1. Mr. Gikas was indicted on July 11, 2025 and charged with Conspiracy to Advertise Child Pornography and Conspiracy to Distribute Child Pornography.

2. Mr. Gikas was subsequently arrested on July 14, 2025 in Irvine, California.

3. Mr. Gikas was recently transported from Irvine, California and is currently in the Montgomery City Jail being held without bond.

4. Mr. Gikas' father currently resides at Visiting Nurse Service & Hospice of Suffolk in Northport, New York. He is terminally ill, is wheelchair bound, and receiving both oxygen and morphine. According to medical staff at Visiting Nurse Services, his prognosis is poor and it is estimated that he only has days to weeks left before his passing.

5. Mr. Gikas humbly requests this Court to set a bond such that he may see his ailing father before he passes. Mr. Gikas is willing to submit to any and all requirements, including but not limited to wearing an ankle monitor.

6. In the alternative, Mr. Gikas respectfully requests this Court allow him to speak with his father through a video call.

7. Mr. Gikas is not a flight risk and only seeks to visit or see his father prior to his death.

8. In consideration of this motion, please see the attached letter from Christine Calise, LCSW, Assistant Director of Social Work at Visiting Nurse Service and Hospice of Suffolk.

WHEREFORE, we respectfully request this Honorable Court to set bond for Mr. Gikas and allow him to visit his terminally ill father while out on bond.

RESPECTFULLY SUBMITTED,

*l/s Michael P. Hanle*
MICHAEL P. HANLE

*l/s Brett H. Knight*
BRETT H. KNIGHT

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 14th day of October 2025 served a copy of the foregoing by electronically filing to all parties involved.

*l/s Brett H. Knight*
BRETT H. KNIGHT