IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:25-cr-00214-RAH-CWB |
| ) | |
| ALEXANDROS KONSTANTINO GIKAS ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION REQUESTING BOND**

The United States of America opposes the defendant's motion requesting bond. As a basis for the opposition, the government responds with the following reasons.

Defendant was indicted on July 9, 2025 for Conspiracy to Advertise Child Pornography and Conspiracy to Distribute Child Pornography. (Doc. 23). The defendant was arrested in the Central District of California where a detention hearing was held. The Central District of California initially granted pretrial release. (Doc. 38). The government filed a motion to revoke the release order. The Middle District of Alabama District Court revoked the release order and ordered the defendant to be detained. (Doc. 56).

Defendant requests a bond to be set in his case to permit him to travel to New York to visit his father. (Doc. 97). The Court instructed the government to respond. (Doc. 99). In the Court's order revoking the release order, the District Court found the defendant was both a danger to the community and a flight risk. The Court found there was no condition or combination of conditions that would reasonably assure the appearance of the defendant as required and safety to the community.

Defendant's motion for bond contradicts these findings and in fact has nothing to do with either issue. While the government appreciates the defendant wishes to see his father, a Court has previously determined he should not be released from custody. The government does not oppose the defendant speaking to his father through a video call. This alternative would still allow him to see his father but would keep the defendant detained.

2

On October 15, 2025, the government spoke with U.S. Probation Officer Windy Johnson regarding the defendant's request for bond. U.S. Probation also opposes the defendant being released on bond. U.S. Probation does not oppose the defendant being allowed to have video calls with his father.

For the above stated reasons, Defendant's motion for bond is due to be denied.

Respectfully submitted this the 15th day of October, 2025.

      KEVIN P. DAVIDSON
      ACTING UNITED STATES ATTORNEY

      */s/ Tara S. Ratz*
      TARA S. RATZ
      Assistant United States Attorney
      131 Clayton Street
      Montgomery, AL 36104
      Phone: (334) 223-7280
      Fax: (334) 223-7135
      E-mail: tara.ratz@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 3:25-cr-00214-RAH-CWB |
| ) | |
| ALEXANDROS KONSTANTINO GIKAS ) | |

**CERTIFICATE OF SERVICE**

I, Tara S. Ratz, Assistant United States Attorney, hereby certify that on this the 15th day of October 2025, I electronically filed the foregoing with the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

*/s/ Tara S. Ratz*
TARA S. RATZ
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tara.ratz@usdoj.gov

3