IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:25-cr-00214-RAH-CWB |
| ) | |
| JACOB PARKER ) | |

**MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL
PURSUANT TO UNITED STATES SENTENCING GUIDELINE § 3E1.1(b)
FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America submits this motion to reduce the defendant's offense level by one level pursuant to § 3E1.1(b) of the Sentencing Guidelines. *See* U.S.S.G. § 3E1.1(b).

The government files this motion because the defendant assisted authorities in the investigation and prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and allowing the government and this Court to efficiently allocate their resources.

Accordingly, pursuant to § 3E1.1(b), a one-level reduction is appropriate. Combined with the two-level reduction applied to the defendant's offense level pursuant to § 3E1.1(a), a total reduction of three levels should be applied to the defendant's offense level for acceptance of responsibility.

Respectfully submitted this the 6th day of January, 2026.

          KEVIN P. DAVIDSON
          ACTING UNITED STATES ATTORNEY


          <u>*/s/ J. Patrick Lamb*</u>
          J. Patrick Lamb
          Assistant United States Attorney
          131 Clayton Street
          Montgomery, AL 36104
          Phone: (334) 223-7280
          Fax: (334) 223-7135
          E-mail: james.lamb@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:25-cr-00214-RAH-CWB |
| ) | |
| JACOB PARKER ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ J. Patrick Lamb
J. Patrick Lamb
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: james.lamb@usdoj.gov

3