IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 3:25-CR-00214-RAH-CWB |
| | ) | |
| JACOB PARKER | ) | |

**PARTIES' JOINT MOTION FOR RESTITUTION ORDER**

The United States of America and Defendant Jacob Parker, through counsel of record, respectfully submit this joint motion for an order of restitution. The Defendant has spoken to counsel for the pseudonymous individuals listed below who are victims of the Defendant's offense, and the Defendant and victims' counsel have agreed to restitution in the following amounts:

| **Victim Pseudonym** | **Restitution Amount** | **Payment Information** |
|---|---|---|
| "Pia" | $5,000 | Payments should be made to:<br>Deborah A. Bianco, in trust for Pia<br>Deborah A. Bianco, P.S.<br>PO Box 6503, Bellevue, WA 98008 |
| "Best Necklace" | $7,500 | Payments should be made to:<br>Carol L. Hepburn I/T/F Maria<br>PO Box 17718<br>Seattle, WA 98127 |
| "Marineland1" | $5,000 | Payments should be made to:<br>Carol L. Hepburn I/T/F Sarah<br>PO Box 17718<br>Seattle, WA 98127 |
| "Sloane" | $7,500 | Payments should be made to:<br>Carol L. Hepburn I/T/F Sloane<br>PO Box 17718<br>Seattle, WA 98127 |
| "Lily" | $7,500 | Payments should be made to:<br>Carol L. Hepburn I/T/F Lily<br>PO Box 17718<br>Seattle, WA 98127 |

The United States has no objection to this negotiated agreement and agrees that an order of restitution should be entered in the amounts listed above. Samuel Brooke, counsel for the

2

Defendant, has provided permission to Kyle Reynolds and J. Patrick Lamb, counsel for the United States, to add his signature to this document and file it on his behalf. The parties therefore respectfully ask the Court to order restitution to each of these victims in the amounts listed above.

Respectfully submitted,

| | |
|---|---|
| STEVEN J. GROCKI<br>CHIEF, CHILD EXPLOITATION AND<br>OBSCENITY SECTION | JACOB PARKER<br>BY COUNSEL |
| /s/ Kyle Reynolds<br>Kyle P. Reynolds<br>Acting Deputy Chief<br>Authorized to Practice Under L.R. 83.1(c)<br>U.S. Dept. of Justice, Criminal Division<br>1301 New York Avenue, N.W.<br>Washington, DC 20005<br>Phone: (202) 616-2842<br>Email: Kyle.Reynolds@usdoj.gov | /s/ Samuel Brooke<br>Samuel Brooke<br>Assistant Federal Defender<br>817 South Court Street<br>Montgomery, Alabama 36104<br>Phone: (334) 834-2099<br>Fax: (334) 834-0353<br>Email: samuel_brooke@fd.org<br>Bar No: ASB-1172-L60B |

J. Patrick Lamb
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
Email: James.Lamb@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:25-CR-00214-RAH-CWB |
| | ) | |
| JACOB PARKER | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this the 14th day of January, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                Respectfully submitted,

                                                */s/ Kyle Reynolds*
                                                Kyle P. Reynolds
                                                Acting Deputy Chief
                                                U.S. Dept. of Justice, Criminal Division
                                                1301 New York Avenue, N.W.
                                                Washington, DC 20005
                                                Phone: (202) 616-2842
                                                Email: Kyle.Reynolds@usdoj.gov